IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN JUICE, | : |
| Plaintiff | : |
| | : CIVIL NO. 3:CV-16-1913 |
| v. | : |
| | : (Judge Caputo) |
| JUDGE MICHAEL BARRASSE, *et al.*, | : |
| Defendants | : |

# O R D E R

**AND NOW**, this **16th** day of **JUNE, 2017**, in accordance with the accompanying memorandum, it is **ORDERED** that:

1. Mr. Juice's Motion for Reconsideration (ECF No. 16) is granted in part and denied in part.

2. Paragraph 4 of the Court's May 5, 2017 Order (ECF No. 12) is vacated. Mr. Juice is solely responsible for the single filing fee of the consolidated action, *Juice v. Judge Barrasse*, Civ. No. 3:16-cv-1913 (M.D. Pa.).

3. The Clerk of Court is directed to issue the Administrative Order to the Superintendent of SCI-Benner Township to begin deducting money from the inmate's prison account in the manner described in the Administrative Order and this Order.

4. The remaining claims for reconsideration in Mr. Juice's motion are denied.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**